BK15129        PGS 50 - 53      08/12/2024 01:38:10 PM
INSTR#: 2024016597              ATTEST: MATTHEW BOUCHER
RECEIVED KENNEBEC SS            REGISTER OF DEEDS
eRecorded Document

# QUITCLAIM ASSIGNMENT OF MORTGAGE

WHEREAS, GMAC Mortgage Corporation, a Pennsylvania Corporation, is identified as the "Lender" on a certain mortgage executed by Vanessa L. Cayford a/k/a Vanessa Gariepy, and bearing the date of February 19, 2004, securing the property located at 49 Yeaton Street, Waterville, in the County of Kennebec and State of Maine and recorded in the Kennebec Registry of Deeds in Book 7843, Page 265 (hereinafter the "Mortgage");

WHEREAS, pursuant to an Order Granting Petition for Default Judgment and Appointment of Receiver for GMAC Mortgage Corporation, entered on July 31, 2024, in the Court of Common Pleas of Montgomery County, Pennsylvania, under Case No 2024-08119 (the "**Order**"), Gregory K. Harris of Asterion, Inc. was appointed Receiver for Lender, a true copy of which Order is attached hereto as Exhibit A.

WHEREAS, Lender may have certain rights that are described in the Mortgage;

WHEREAS, Mortgage Electronic Registration Systems Inc. ("MERS") was designated as mortgagee in the Mortgage as the nominee of the Lender and its successors and assigns and MERS was mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Federal Home Loan Mortgage Corporation ("Assignee"); and

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

PROPERTY ADDRESS: 49 Yeaton Street, Waterville, ME 04901
DGL FILE NO.: 55891


EXHIBIT I

# SIGNATURE PAGE
# TO
# QUITCLAIM ASSIGNMENT OF MORTGAGE

GMAC Mortgage Corporation.

_____
Gregory K. Harris of Asterion, Inc., solely as Receiver for GMAC Mortgage Corporation, and not in an individual or other capacity, by Order of the Court of Common Pleas of Montgomery County, Pennsylvania, under Case No. 2024-08119

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF LEHIGH , ss.

On this 5th day of Aug 2024, before me, the undersigned notary public, Gregory K. Harris of Asterion, Inc., personally appeared solely in his capacity as Court-Appointed Receiver for GMAC Mortgage Corporation, proved to me through satisfactory evidence of identification, which was by DRIVER ID , to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose and as his free act and deed.

_____
Notary Public
My Commission expires:

Commonwealth of Pennsylvania - Notary Seal
Lori A Livesay, Notary Public
Lehigh County
My Commission Expires July 7, 2027
Commission Number 1096710

PROPERTY ADDRESS: 49 Yeaton Street, Waterville, ME 04901
DGL FILE NO.: 55891

Case#: 2024-08119-9 Docketed at Montgomery County Prothonotary on 07/31/2024 2:39 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
Case#: 2024-08119-5 Docketed at Montgomery County Prothonotary on 06/25/2024 3:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION | : | COURT OF COMMON PLEAS MONTGOMERY COUNTY |
| Petitioner, | : | |
| v. | : | Case No. 2024-08119 |
| GMAC MORTGAGE CORPORATION | : | |
| Defendant. | : | |

## ORDER GRANTING PETITION FOR DEFAULT JUDGMENT AND APPOINTMENT OF RECEIVER

AND NOW, this __31__ date of __July__, 20__24__, and upon consideration of Plaintiff's Petition for Default Judgment and Appointment of Receiver, and the responses thereto, and for good cause shown, it is hereby ORDERED said motion is GRANTED as follows:

1. Petitioner is the owner of the Note and Mortgage and entitled to an Assignment of the Mortgage from GMAC Mortgage Corporation.

2. Gregory K. Harris of Asterion Inc. be, and is hereby appointed, Receiver for the for GMAC Mortgage Corporation.

3. The Receiver shall have all powers allowed to, and/or conferred upon a Receiver by the statutes and common law of the Commonwealth of Pennsylvania;

4. In addition or specification to the foregoing, and not by way of limitation, the Receiver shall have the following powers:


EXHIBIT A

RULE 236 NOTICE PROVIDED ON 07/31/2024

       a. To execute documents including an assignment of mortgage on the original dissolved lender, GMAC Mortgage Corporation's, behalf.

5. Receiver is NOT required to advance its own funds for payment for anything relating to the Premises, and that Mortgagee and/or servicer shall advance the same if required or desired.

6. Receiver shall not be required to post bond.

By the Court:

*Steven C Tallwerst.*

Case# 2024-08119-9 Docketed at Montgomery County Prothonotary on 07/31/2024 2:39 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.
Case# 2024-08119-5 Docketed at Montgomery County Prothonotary on 06/25/2024 3:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.